**NOT FOR PRINTED PUBLICATION**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| BOBBY MCMENAMY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CASE NO. 4:15cv8 |
| | § | Chief Judge Clark/Judge Craven |
| STATE FARM LLOYDS, | § | |
| | § | |
| Defendant. | § | |

# ORDER ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On November 17, 2015, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant State Farm Lloyds' Motion for Summary Judgment [Doc. #25] be granted and that Plaintiff's case be dismissed without prejudice to refiling by a person or representative with legal capacity.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore

**ORDERED** Defendant State Farm Lloyds' Motion for Summary Judgment [Doc. #25] is

**GRANTED**. It is further

**ORDERED** Plaintiff's case is **DISMISSED** without prejudice to refiling by a person or representative with legal capacity.

All relief not previously granted is **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

**So ordered and signed on**

**Dec 5, 2015**

_____
Ron Clark, United States District Judge